# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE L. SANDOVAL,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SECURITY OFFICER TRAINING CENTER,<br><br>　　　　　　　Defendant. | CASE NO. 10cv2479 BTM(WVG)<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS; DENYING REQUEST FOR APPOINTMENT OF COUNSEL AS MOOT; AND DISMISSING COMPLAINT WITH PREJUDICE** |

　　　　Plaintiff Grace L. Sandoval, proceeding pro se, has filed a Complaint, along with a Motion to Proceed in Forma Pauperis ("IFP"), and a Request for Appointment Counsel. Based on the information provided by Plaintiff, pursuant to 28 U.S.C. § 1915(a), the Court **GRANTS** Plaintiff's IFP motion. The Court is obligated to review a complaint filed IFP sua sponte and must dismiss the action if it determines that the complaint is frivolous, malicious, or fails to state a claim for relief. See 28 U.S.C. § 1915(e)(2). After careful review, the Court finds that Plaintiff's complaint is frivolous and void of any plausible claims for relief. The Complaint is but one in a series of frivolous complaints filed by Plaintiff. Because "it is absolutely clear that the deficiencies of the complaint could not be cured by amendment," the Court **DISMISSES** the complaint **WITH PREJUDICE**. Franklin v. Murphy, 745 F.2d 1221, 1228 n.9 (9th Cir. 1984). As such, the Court **DENIES AS MOOT** Plaintiff's Request for Appointment of Counsel.

**IT IS SO ORDERED.**

DATED: December 6, 2010

　　　　　　　　　　　　　　　　　　　*Barry Ted Moskowitz*
　　　　　　　　　　　　　　　　　　Honorable Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　United States District Judge